UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL W. WATKINS, MICHAEL D. WATKINS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KAJIMA INTERNATIONAL INCORPORATED, *et al.*, )<br>)<br>Defendants. ) | Case No. 3:06-0197<br>Judge Echols |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) The Order of Reference to Magistrate Judge Griffin (Docket Entry No. 2) and Reassignment of Reference to Magistrate Judge Bryant (Docket Entry No. 110) are hereby WITHDRAWN;

(2) The Motion to Dismiss by Defendant Pablo Castro (Docket Entry No. 10) is hereby GRANTED:

(3) The Motion to Dismiss by Defendant Sherry A. Thompson (Docket Entry No. 12) is hereby GRANTED;

(4) The Motion to Dismiss by Defendant N. L. Hanover (Docket Entry No. 51) is hereby GRANTED;

(5) The Request for Judicial Notice filed by Defendant N. L. Hanover (Docket Entry No. 54) is hereby DENIED AS MOOT;

1

(6) The Motion for Court to Take Judicial Notice (Docket Entry No. 57) is hereby DENIED AS MOOT;

(7) The Motion to Dismiss by Defendants Michael Markel and Sandy Parker (Docket Entry No. 58) is hereby GRANTED;

(8) The Motion to Dismiss by Defendants Ronald M. George, Manuel A. Ramirez, Art W. McKinster, Betty Ann Richli, Jeffrey King, Donald R. Alverez, David Cohn, Cynthia Ann Ludvigsen, David A. Williams, David Proulx, and Robert Fowler (Docket Entry No. 60) is hereby GRANTED;

(9) The Motion to Dismiss by Defendants Kajima International Inc. and Hiroaki Hoshino (Docket Entry No. 77) is hereby GRANTED;

(10) The Motion to Dismiss by Defendants Anne Hunter, James F. Ahern, Bill Lockyer, Steven Sands, Peter Vail, Tom Cavallo and the State of California (Docket Entry No. 100) is hereby GRANTED; and

(11) This case is hereby DISMISSED WITHOUT PREJUDICE as to all Defendants, including the Defendants who have filed the Motions listed above, as well as Defendants Paul Hogan, George Lasko, Julie Linden, John Vega and Virginia L. Watkins.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE